**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-6986**

───────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

    v.

JASPER TUJUIAN ALLEN,

               Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:03-cr-00299-BO-1)

───────────

Submitted:  October 14, 2010      Decided:  October 22, 2010

───────────

Before MOTZ, KING, and DAVIS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jasper Tujuian Allen, Appellant Pro Se.  Jennifer P. May-Parker,
Rudolf  A.  Renfer,  Jr.,  Assistant  United  States  Attorneys,
Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasper Tujuian Allen seeks to appeal the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Allen, No. 5:03-cr-00299-BO-1 (E.D.N.C. filed May 28, 2010, entered June 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2